THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Housemasters,
 Inc., Appellant,
 
 
 
 
 

v.

 
 
 
 
 Beth H. Murphy, Respondent.
 
 
 
 
 

Appeal From Charleston County
 Thomas L. Hughston, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-291
Submitted May 3, 2010  Filed May 27, 2010    

AFFIRMED

 
 
 
 Frank M. Cisa, of Mt. Pleasant, for Appellant.
 W. Turner Boone, of Charleston, for Respondent.
 
 
 

PER CURIAM: Housemasters,
 Inc., (Housemasters) appeals the trial court's factual finding that Beth H. Murphy established Housemaster's acceptance and negotiation
 of a $20,000.00 check offered in final payment of a disputed debt created an
 accord and satisfaction.  Housemasters argues its negotiation of the check was
 not an accord and satisfaction because there was no agreement to discharge the
 obligation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities: Townes
 Assocs., Ltd. v. City of Greenville,
 266 S.C. 81, 86, 221 S.E.2d 773, 775 (1976) ("In an action at law, on
 appeal of a case tried without a jury, the findings of fact of the judge will
 not be disturbed upon appeal unless found to be without evidence which
 reasonably supports the judge's findings. . . . The judge's findings are
 equivalent to a jury's findings in a law action."); see Spartanburg
 Hotel Corp. v. Alexander Smith, Inc., 231 S.C. 1, 12, 97 S.E.2d 199,
 204 (1957) (finding the creation of an accord and satisfaction is a
 question of fact for the jury). 
AFFIRMED.
FEW, C.J., THOMAS and
 PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.